UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ,

           Plaintiff,

     v.

CIGARS DIRECT, INC.,

           Defendant.

No. 23-CV-380 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 23, 2023, the Court ordered the parties to meet and confer within thirty days of service of the summons and complaint, and within fifteen days thereafter to submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial conference in the matter. Plaintiff filed a waiver of service on January 30, 2023, and Defendant filed an answer on April 3, 2023. To date, the parties have not filed their joint letter.

    No later than May 1, 2023, the parties shall file their joint letter on the docket, indicating whether they seek referral to mediation or a magistrate judge or an initial conference.

SO ORDERED.

Dated:    April 26, 2023
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge