UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ,

               Plaintiff,

     v.

CIGARS DIRECT INC.,

               Defendant.

No.   23-CV-380 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     Due to a scheduling conflict, the initial pre-trial conference originally scheduled for June 30, 2023 at 3:15 p.m. is adjourned until July 12, 2023 at 2:45 p.m. Should this present a conflict for either party, they may request that the conference be rescheduled to a different time. The parties shall file their joint letter and proposed case management one week in advance of the conference.

     Unless the parties request otherwise, the conference will be held remotely. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:     June 22, 2023
             New York, New York

                                                      _____
                                                        Ronnie Abrams
                                                        United States District Judge