

YAAKOV SAKS ▲■*
JUDAH STEIN ▲■
ELIYAHU BABAD ▲■
MARK ROZENBERG ■
KENNETH WILLARD ▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 5, 2023

**Via CM/ECF**
The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York

RE:   *Velazquez v. Cigars Direct, Inc.*
        Case No.: 1:23-cv-00380-RA

Dear Judge Abrams:

We represent the Plaintiff in this matter, and write jointly with counsel for Defendant Cigars Direct, Inc. to respectfully request a referral to the District's mediation program.

On May 1, 2023, the parties submitted a joint motion for an initial conference. An initial conference was scheduled for June 30, 2023, and then adjourned by the Court to July 12.

The parties have agreed to attempt to resolve this matter through mediation, and ask that the initial conference be adjourned in the interim.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

---

The initial conference is hereby adjourned sine die. The parties shall update the Court on the status of settlement discussions no later than August 18, 2023.

SO ORDERED.

Hon. Ronnie Abrams
7/6/2023